UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

**THOMAS GESUALDI**, **LOUIS BISIGNANO**, **MICHAEL C. BOURGAL**, **DARIN JEFFERS**, **THOMAS COSTELLO**, **FRANK H. FINKEL**, **MARC HERBST**, **THOMAS F. CORBETT**, **ROBERT G. WESSELS**, and **ROCCO TOMASSETTI SR.**, as Trustees and Fiduciaries of the Local 282 Pension Trust Fund,

Plaintiffs,

– against –

**WEBSTER PLUMBING SUPPLY INC.** and **JOHN DOE COMPANIES 1-99**,

Defendants.

---------------------------------------------------------------- X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

26-CV-480 (AMD) (RML)

**ANN M. DONNELLY**, United States District Judge:

The plaintiffs, Thomas Gesualdi, Louis Bisignano, Michael C. Bourgal, Darin Jeffers, Thomas Costello, Frank H. Finkel, Marc Herbst, Thomas F. Corbett, Robert G. Wessels, and Rocco Tomassetti Sr., as trustees and fiduciaries of the Local 282 Pension Trust Fund, brought this action against the defendants, Webster Plumbing Supply Inc. and John Doe Companies 1-99, asserting claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1132, 1145, 1381, 1451, and the Labor Management Relations Act, 29 U.S.C. § 185. (ECF No. 1 ¶ 1, 32.) The plaintiffs seek to collect unpaid withdrawal liability, interest on the unpaid withdrawal liability, liquidated damages, and attorney's fees and costs. (*Id.* ¶ 2.)

The plaintiffs filed a complaint on January 18, 2026 (*id.* at 7), and served the named defendant on January 29, 2026 (ECF No. 5). The defendant did not answer or otherwise appear

to defend the action. The Clerk of Court entered a certificate of default against the defendant on February 24, 2026. (ECF No. 7.) On February 27, 2026, the plaintiffs filed a motion for default judgment and, if awarded, to dismiss their claims against the John Doe Companies without prejudice. (ECF Nos. 8, 8-15 at 6.) The Court referred the motion to Magistrate Judge Robert M. Levy on March 19, 2026. (*See ECF Order dated March 19, 2026.*) On August 25, 2026, Judge Levy issued a comprehensive Report and Recommendation, recommending that the Court grant the plaintiffs' motion. (ECF No. 9.) No party has objected to the Report and Recommendation, and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation modified).

The Court has carefully reviewed Judge Levy's thorough and well-reasoned Report and Recommendation for clear error and finds none. Accordingly, the Court adopts the Report and Recommendation in its entirety. The plaintiffs' motion for default judgment is granted. As detailed in Judge Levy's Report and Recommendation, claims against the John Doe Companies are dismissed without prejudice, and the remaining defendant, Webster Plumbing Supply Inc., is ordered to pay the following damages: (1) $104,810.00 in withdrawal liability; (2) $13,852.15 in pre-judgment interest owed through February 27, 2026; (3) pre-judgment interest calculated at $51.69 per day starting on February 28, 2026 through the date of judgment; (4) $20,962.00 in liquidated damages; and (5) $4,072.69 in attorney's fees and costs.

The plaintiffs' counsel is directed to serve a copy of this Order on the defendant, and to file proof of service on the docket. The Clerk of Court is respectfully directed to enter the final default judgment and close the case.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
September 22, 2026